IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SAGITH GARCIA GAMBOA and<br>PAULA ROMERO FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, Director of U.S.<br>Citizenship and Immigration Services,<br><br>Defendant. | Case No. 7:23-CV-136-WLS |

## STIPULATION REGARDING TIME TO RESPOND TO THE COMPLAINT

On December 7, 2023, Plaintiffs filed their Complaint in this matter. (ECF No. 1.) Based on the date that Defendant was served, the deadline for Defendant to respond to the Complaint is February 12, 2024. Pursuant to Local Rule 6.1, the parties now file this stipulation advising the Court that Plaintiffs and Defendant consent and agree that the date for Defendant's response to the Complaint shall be extended for thirty (30) days—up to and including Wednesday, March 13, 2024.

(signatures on next page)

Respectfully submitted this 12th day of February, 2024.

                PETER D. LEARY
                UNITED STATES ATTORNEY

BY:   *s/Roger C. Grantham, Jr.*
        ROGER C. GRANTHAM, JR.
        Assistant United States Attorney
        Georgia Bar No. 860338
        United States Attorney's Office
        Middle District of Georgia
        P. O. Box 2568
        Columbus, Georgia 31902
        Phone: (706) 649-7728
        roger.grantham@usdoj.gov

*Counsel for Defendant*


*s/Leslie Diaz*
Leslie Diaz, Esq.
Georgia Bar No. 637559
Socheat Chea, P.C.
3500 Duluth Park Lane, Bldg. 300
Duluth, GA 30096
(770) 623-8880
(770) 623-8852 (fax)
leslie@socheatchea.com

*Counsel for Plaintiffs*

SO ORDERED this 13th day of February, 2024.

/s/ W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court

2