IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SAGITH GARCIA GAMBOA and<br>PAULA ROMERO FLORES,<br><br>    **Plaintiffs,**<br>        v.<br><br>UR M. JADDOU, Director of U.S.<br>Citizenship and Immigration Services,<br><br>    **Defendant.** | CASE NO:<br>7:23-cv-136-WLS |

## ORDER

Presently before the Court is the Notice of Dismissal Without Prejudice (Doc. 7) ("Notice") filed March 1, 2024. Therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff dismisses, without prejudice, all claims against Defendant, Ur M. Jaddou, Director of U.S. Citizenship and Immigration Services ("Jaddou"). Defendant Jaddou has not served an answer or motion for summary judgment in this action.

For the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiffs' Notice. The above-captioned action is **DISMISSED, WITHOUT PREJUDICE,** as to Defendant Jaddou. The parties shall bear their own fees and costs. Plaintiff shall recover nothing of Defendant Jaddou. The Clerk is DIRECTED to close this case.

**SO ORDERED**, this 4th day of March 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(i) provides that "[T]he Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"