IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SAGITH GARCIA GAMBOA, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 7:23-cv-136 (WLS) |
| | * |
| UR M. JADDOU, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated March 4, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of March, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk